UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2009 SEP 17 P 12: 23

| | |
|---|---|
| WENDY BATTERTON <br>     PLAINTIFF <br><br> V. <br><br> CHASE BANK USA, N.A. A/K/A CHASE BANK <br> A/K/A CHASE <br>     DEFENDANT | CIVIL ACTION 3:09cv1469 (MRK) <br> COMPLAINT <br><br> 309CV 1469 <br><br> SEPTEMBER 16, 2009 |

## COMPLAINT

### i. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by the Defendant, Chase Bank USA, N.A. This action is for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq. and the Creditor Collection Practices Act (CCPA), Conn. Gen. Stat.§ 36a-645 et seq.

### ii. PARTIES

2. The plaintiff, Wendy Batterton (Wendy), is a natural person residing in Seymour, Connecticut.

3. The Defendant, Chase Bank USA, N.A., (Chase) is a corporation located in Delaware that is in the business of providing credit to consumers.

### iii. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. §1692K(d), 28 U.S.C. §1331, 1337 and 1367 and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Chase because it engages in offering credit and pursues debt collection activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

## iv. FACTUAL ALLEGATIONS

7. On or about May 14, 2009 at 4:02pm, Wendy's mother was contacted by Chase and told of an emergency regarding her daughter Wendy. On May 20, 2009 at 1:40pm, Wendy's mother is contacted a second time regarding her daughter and once again informed by the Chase representative that it regarding an emergency.

8. On or about May 20, 2009 at 1:40pm, Wendy's mother-in-law is contacted by an individual who represented themselves as a Federal Government agent for the State of New York and that there was an emergency with regards to Wendy.

9. On or about May 21, 2009 at 1:45pm, Wendy's sister is contact by a Chase representative and informed of an emergency regarding Wendy.

10. On or about May 21, 2009 at 7:43pm, Wendy's mother is contacted by the telephone, no one answered the phone and did not leave a message, however the number displayed on the caller identification system was consistent with the previous telecommunications between the Defendant and Wendy's mother.

11. On or about May 21, 2009 at 7:47pm, Wendy's mother-in law was contacted and was told by a representative that there is an emergency regarding Wendy.

12. Between May 14, 2009 and May 21, 2009 six separate telephone conversations occurred between members of Wendy's immediate and a Chase representative. All of the phone calls were made from the same phone number, (877) 298-2251.

v. <u>COUNT ONE</u>

Fair Debt Collection Practices Act

13. Plaintiff incorporates Paragraphs 1-11.

14. Chase violated the FDCPA, including the following respects:

    a. Chase violated 15 U.S.C. §1692b by contacting third parties more than once regarding the Plaintiff, as Wendy's mother was directly contacted three times, and Wendy's mother-in-law was contacted twice, and;

    b. Chase violated 15 U.S.C. §1692c by contacting the Plaintiff's mother, mother-in-law, and sister regarding her debt and no such consent has been offered by the Plaintiff to the Defendant regarding consent to contact these individuals, and;

    c. Chase violated 15 U.S.C. §1692d as no meaningful nor proper disclosure of the caller's identity occurred in any of the afore mentioned communications, and;

    d. Chase violated 15 U.S.C. §1692e by contacting the Plaintiff's mother, sister, and mother-in-law and falsely implying to these individuals that there was an emergency situation and on May 21, 2009 falsely implying that there were a representative from the Federal Government for the State of New York to entice disclosure from Plaintiff's mother-in-law.

vi. <u>COUNT TWO</u>

Creditor Collection Practices Act

15. Plaintiff incorporates Paragraphs 1-11

16. The Defendant, Chase Bank U.S.A., has violated the CCPA and the regulations promulgated thereunder by the Connecticut Department of Banking, as follows:

    a. Chase Bank U.S.A., violated Conn. Agencies Reg § 36a-647-6(1) by falsely implying that the representative is a representative from the state of New York.

b. Chase Bank U.S.A., violated Conn. Agencies Reg §36a-647-6(2a) by falsely implying that their communication was in the nature of an "emergency".

c. Chase Bank U.S.A. violated Conn. Agencies Reg §36a-647-5(6) by falsely identifying themselves to the receiptants of their communications

d. Chase Bank U.S.A violated Conn. Agencies Reg§36a-647(4) by communicating with the Plaintiff's family without prior consent to do so and in a manner to harass such individuals.

WHEREFORE, the Plaintiff prays for the following relief:

1. Actual damages,

2. statutory and punitive damages,

3. attorney's fees and costs pursuant to 15 U.S.C. §1692k and Public Act No. 07-176;

4. and such other relief as this Court deems appropriate.

PLAINTIFF, WENDY BATTERTON

By: _____
Neil Crane, ct14537
Stuart Caplan, ct12643
neil@neilcranelaw.com
Law Office of Neil Crane, LLC
2700 Whitney Avenue
Hamden, CT 06518
Tel. (203) 230-2233; Fax. (203) 230-8484