UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDY BATTERTON,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., A/K/A CHASE BANK A/K/A CHASE,<br><br>        Defendant. | Case No.<br><br>3:09cv1469 MRK<br><br><br><br>January 27, 2009 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Wendy Batterton and defendant Chase Bank USA, N.A. ("Chase") hereby agree and stipulate that the within action as and between plaintiff and Chase is dismissed with prejudice, without costs or fees to any party.

LAW OFFICES OF NEIL CRANE, LLC

By: _____
Neil Crane (ct14537)

Attorneys for Plaintiff
**Office & P.O. Address**
2700 Whitney Avenue
Hamden, Connecticut 06518

STAGG, TERENZI, CONFUSIONE
& WABNIK, LLP

By: _____
Haley E. Olam (ct-27805)

Attorneys for Defendant
**Office & P.O. Box**
401 Franklin Avenue, Suite 300
Garden City, New York 11530